# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

JOHN GLENN HOUTSMA,

    Petitioner,

v.                        CASE NO. 4:19cv132-RH-CAS

FCCC et al.,

    Respondents.

_____/

## **ORDER OF DISMISSAL**

This case is before the court on the magistrate judge's report and recommendation, ECF No. 4. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The clerk must enter judgment stating, "This case is dismissed." The clerk must close the file.

SO ORDERED on April 25, 2019.

                                  s/Robert L. Hinkle
                                  United States District Judge